IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM DEGENHART, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) |
| PLANTATION FEDERAL BANK, AND AS SUCCESSOR IN INTEREST TO FIRST SAVERS BANK, THE DEGENHART LAW FIRM, PAUL DEGENHART and MARY NELL DEGENHART, | ) ) ) ) ) ) ) |
| Defendant. | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO: Brent J. Savage
Savage, Turner, Kraeuter, Pinckney, Britt & Madison
P.O. Box 10600
Savannah, GA 31412

PLEASE TAKE NOTICE that Defendant Mary Nell Degenhart has this date filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Southern District of Georgia, Savannah Division.

Respectfully submitted this 3rd day of March, 2011.

*/s/ Mary Nell Degenhart*
Mary Nell Degenhart
2131 Park St.
Columbia, SC 29201
803-771-6050

DEFENDANT'S EXHIBIT 5