```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV010335
Cashier ID: lherb
Transaction Date: 03/07/2011
Payer Name: Mary Nell Degenhart
--------------------------------
CIVIL FILING FEE
 For: Mary Nell Degenhart
 Case/Party: D-GAS-4-11-CV-000054-001
 Amount:         $350.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```